UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL DELOGE,

        Plaintiff,

v.

        Case No: 11-CV-13961-DT

COMMISSIONER OF SOCIAL SECURITY

        Defendant.
_____/

## JUDGMENT

In accordance with the "Opinion and Order Denying Plaintiff's Objections, Adopting the Magistrate Judge's Report and Recommendation, and Granting the Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary Judgment entered on January 17, 2013,

Judgment is entered for defendant Commissioner of Social Security and against plaintiff Paul Deloge

ENTERED BY ORDER OF THE COURT

S/Lisa Wagner
LISA WAGNER, Deputy Clerk and Case Manager to Judge Robert H. Cleland
(313) 234-5522

Dated: January 17, 2013

1/17/13: PDK:S:\Cleland\LISA\H H S\jgmssc2.wpd