**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PAUL DELOGE,

       Plaintiff,

                                          Case No: 11-CV-13961-DT

v.

COMMISSIONER OF SOCIAL SECURITY

       Defendant.

_____/

**JUDGMENT**

      In accordance with the "Opinion and Order Denying Plaintiff's Objections,

Adopting the Magistrate Judge's Report and Recommendation, and Granting the

Defendant's Motion for Summary Judgment and Denying Plaintiff's Motion for Summary

Judgment entered on January 17, 2013,

      Judgment is entered for defendant Commissioner of Social Security and against

plaintiff Paul Deloge

                              ENTERED BY ORDER OF THE COURT

                              S/Lisa Wagner
                              LISA WAGNER,  Deputy Clerk and Case
                              Manager to Judge Robert H. Cleland
                              (313) 234-5522

Dated: January 17, 2013

1/17/13: PDK:S:\Cleland\LISA\H H S\jgmssc2.wpd